UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   CHARLES E. RATH

Chapter 7 Case No.   08-42978

Please Check One:

___ Unclaimed Dividends

 X   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON DE 19850-5145 | 7 | $ 485.74 | $ 2.68 |

Date:   09/11/2009

J. Richard Stermer,  Trustee