189654 SN
12/8/09

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   __CHARLES E. RATH__

Chapter 7 Case No.   __08-42978__

Please Check One:

___ Unclaimed Dividends

__X__ Distribution Less than $5 (Supplemental Distribution)

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON DE 19850-5145 | 7 | $ 485.74 | $ 2.49 |

Date:   12/07/2009

J. Richard Stermer,  Trustee